Wednesday 15, 2015 of April

Abel Acosta,
Clerk
COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

Re: DAMM, EX PARTE GREGORY PAUL
CCA NO. PD-0380-15
Trial Court Case No. 2014000025

Petitioner is in receipt of this ruling from the Criminal Court of Appeals, but petitioner was never convicted by any Texas Trial Court in Case No. 2014000025 above. This was on extradition matter, which petitioner avers that he was not allowed to have his November pre-scheduled hearing on the 14th 2014, and held without a Bond, from October 13, 2014, which Appointed Counsel claimed was "illegal, oppressive and unconstitutional."

Petition for discretionary review was first mailed out on February 15, 2015, but for unknown reasons, was "Returned To Sender-Not Able To Forward", according to the Postal Stamp dated 31/07/2015.

In the event, this is what Rule 31.4(a)(1) is referring to, as to why appellant's pro se petition for discretionary review was not filed. Due to being time barred?

Petitioner filed a 42-U.S.C. §1983, 88 application, with the U.S. Eastern District, against the jail for: Mail Tampering; and, he requested a temporary restraining order and permanate injunction order, to avoid a bad-faith prosecution on the pending charges, which the A.D.A. is trying to change and hide petitioner's 2012, 2013 double jeopardy convictions, by alleging a 3rd offense Failure to Notify Law Enforcement of Change of Address, on the Bill of Information, filed last month.

Appellant, respectfully requests this Court of Criminal Appeals reverse its decision and file his pro se' petition, for review.